UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GLENDA FAYE HALL, on behalf of TONY WAYNE HALL, deceased (Social Security No. XXX-XX-9745),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 3:10-cv-143-RLY-WGH |

## JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Tony Wayne Hall was not entitled to Disability Insurance Benefits based on his application filed on May 12, 2008, is **AFFIRMED.**

**SO ORDERED** the 30th day of September 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Electronic copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Bradley P. Rhoads
RHOADS & RHOADS PSC
brad@rhoadsandrhoads.com